IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RAYMOND THOMAS                                                                               PLAINTIFF

VS.                                                               CIVIL ACTION NO. 4:05CV142LA

S. ATWOODS                                                                                 DEFENDANT

### ORDER OF DISMISSAL

Before the court for consideration is "Plaintiff's Motion to Dismiss Civil Claim." The court finds that the motion should be granted and accordingly, IT IS ORDERED AND ADJUDGED that this cause be dismissed.

ORDERED AND ADJUDGED this the 2nd day of November, 2007.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE